# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-22660-CMB |
| **Elizabeth Gretchen Lowery,** | : | |
| | : | |
| **Debtor** | : | **Chapter 13** |
| _____ | : | |
| **Elizabeth Gretchen Lowery,** | : | Related to Docket No. 100 |
| **Movant** | : | |
| | : | **ENTERED BY DEFAULT** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## ORDER

AND NOW this  1st  day of      March      , 2022, it is hereby ORDERED, ADJUDGED AND DECREED that settlement of the Debtors Personal Injury Claim Award is approved.

IT IS FURTHER ORDERED that from the total settlement of $130,000.00, distribution shall be made by Special Counsel out of the settlement proceeds, as follows:

1. It is Ordered that the payment of the debts related to this claim through the settlement will be paid in the amounts as followed:

    a. Attorneys Fees (Bowers, Fawcett & Hurst LLC) ($43,333.33)

    b. Reimbursement of Costs ($583.59)

2. It is Ordered that a check will be issued, of the proceeds. made payable to Elizabeth Gretchen Lowery in the amount of Thirty Nine Thousand Nine Dollars ($39,009.00) sent to Elizabeth Gretchen Lowery, 117 3rd Avenue, Beaver Falls, PA 15010.

3. The balance of the funds in the amount of $46,991.00, shall be made payable to Ronda J. Winnecour, Ch. 13 Trustee, and shall be mailed to P.O. Box 84051, Chicago, IL 60689-4002, and which check will include the Debtor's name and bankruptcy case number, and which will be sent with a copy of this Order, is to be earmarked to pay, after deduction of Trustee fees:

currently allowed debtor counsel fees; timely filed prepetition priority claim(s); with the balance to be paid to timely filed general unsecured creditors (paid pro rata which would include student loan).

4. An Amended Schedule B & C will be filed within fifteen (15) days from the date of this Order will be filed exempting $39,009.00.

5. It is Ordered that the Debtor is authorized to use the funds, provided, however, the exemption of the funds remains contingent on the filed Amended Schedule C.

BY THE COURT:

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
3/1/22 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22660-CMB |
| Elizabeth Gretchen Lowery | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth Gretchen Lowery, 117 3rd Ave, Beaver Falls, PA 15010-5756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 03, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | |
| | on behalf of Creditor Lakeview Loan Servicing LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Elizabeth Gretchen Lowery ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Mar 01, 2022      Form ID: pdf900      Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6