**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Elizabeth Gretchen Lowery,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bankruptcy No. 19-22660-CMB |

## CERTIFICATE OF SERVICE

I, Lawrence W Willis the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Dated March 7, 2022 and the Amended Schedule B & C on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON:  March 8, 2022               By: /s/ Lawrence Willis Esquire
                                          Lawrence W Willis, Esquire
                                          PA I.D. # 85299
                                          Willis & Associates
                                          201 Penn Center Blvd
                                          Pittsburgh, PA 15235
                                          Tel: 412.235.1721
                                          Fax: 412.542.1704
                                          lawrencew@urfreshstrt.com
                                          Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

Elizabeth Gretchen Lowery
117 3rd Avenue
Beaver Falls, PA 15010

Ronda J. Winnecour
 Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
 Liberty Center.
 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Bank Of America

Po Box 982238
El Paso, TX 79998

Bryantstbk
500 E. 60th Street
North Sioux Falls, SD 57104

Caine Weiner
Po Box 55848
Sherman Oaks, CA 91413

Capital One Auto Finan
Po Box 259407
Plano, TX 75025

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Ccs/bryant State Bank
500 E. 60th Street
North Sioux Falls, SD 57104

Ccs/first Savings Bank
500 East 60th St
North Sioux Falls, SD 57104

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Diversified Consultant
P O Box 551268
Jacksonville, FL 32255

Enhanced Recovery Co L
Po Box 57547
Jacksonville, FL 32241

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106

First Svg Cc
500 East 60th St
North Sioux Falls, SD 57104

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098

Gm Financial
Po Box 181145
Arlington, TX 76096

Gs Bank Usa
Po Box 45400
Salt Lake City, UT 84145

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

M&t Bank
1 Fountain Plz Fl 4
Buffalo, NY 14203

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236

Mercury Card/fb&t/tsys
1415 Warm Springs Rd
Columbus, GA 31904

Merrick Bank Corp
Po Box 9201 Old
Bethpage, NY 11804

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

Natl Hosp Collections
16 Distributor Drive
Morgantown, WV 26501

Navient
123 S Justison St
Wilmington, DE 19801

Onemain
Po Box 1010
Evansville, IN 47706

Pheaa
Pob 61047
Harrisburg, PA 17106

Pnc Bank/glelsi
P.o. Box 7860
Madison, WI 53707

Sears/cbna
Po Box 6217
Sioux Falls, SD 57117

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Syncb/amer Eagle
Po Box 965005
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/walmart
Po Box 965024
Orlando, FL 32896

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117