**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/20/2022

IN RE:

| | |
|---|---|
| ELIZABETH GRETCHEN LOWERY<br>117 3RD AVE<br>BEAVER FALLS,  PA  15010<br>XXX-XX-0159          Debtor(s) | Case No.19-22660 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/20/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2762 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br><br>JENKINTOWN, PA 19046 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX 77210 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: 1001/SCH*SURR/PL*CL=$0*W/54 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2789 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O COMMUNITY LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL 33146 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: CL11GOV W/PMT CHANGES*PMT/NTC-PL*DKT4PMT-LMT*BGN 8/19*FR LAKEVIEW/ | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4595 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 3,335.97<br>COMMENT: $/CL-PL*15-17/PL*17/SCH*16-17/CL*GU BAR TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0159 |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br><br>DALLAS, TX 75266-0933 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5400 |
| **BRYANT STATE BANK**<br>POB 2519<br><br>OMAHA, NE 68103 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6742 |
| **CAINE & WEINER**<br>PO BOX 55848<br><br>SHERMAN OAKS, CA 91413-0848 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1518 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2237 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4748 |
| **BRYANT STATE BANK**<br>POB 2519<br>OMAHA, NE 68103 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0904 |
| **FIRST SAVINGS BANK**<br>PO BOX 5097<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1466 |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9920 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 568.78<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6518 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7790 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1537 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 99,819.86<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0159 |
| **FIRST SAVINGS BANK**<br>PO BOX 5097<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5100 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GM FINANCIAL**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3625 |
| **GS BANK USA**<br>PO BOX 45400<br><br>SALT LAKE CITY, UT  84145 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3131 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  311.66<br>COMMENT:  4003~NO$/SCH*BARCLAYS/MERCURY*REF 3453151784 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8014 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  1,743.81<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3463 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,411.38<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5587 |
| **M & T BANK**<br>1 FOUNTAIN PLAZA<br><br>BUFFALO, NY  14203 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9312 |
| **MERCURY**<br>PO BOX 84064<br><br>COLUMBUS, GA  31908 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6889 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,803.98<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8563 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~HVHS MDCL CNTR BVR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1449 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **NATIONAL HOSPITAL COLLECTIONS*** <br> 16 DISTRIBUTOR DRIVE <br> STE 2 <br> MORGANTOWN, WV  26501 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$~HERITAGE VLLY BVR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4502 |
| **NATIONAL HOSPITAL COLLECTIONS*** <br> 16 DISTRIBUTOR DRIVE <br> STE 2 <br> MORGANTOWN, WV  26501 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4501 |
| **NAVIENT** <br> 123 S JUSTISON ST STE 30 <br> WILMINGTON, DE  19801 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0426 |
| **ONE MAIN FINANCIAL(*)** <br> PO BOX 3251 <br> EVANSVILLE, IN  47731-3251 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6085 |
| **PHEAA(*)** <br> PO BOX 1375 <br> BUFFALO, NY  14240-1375 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9002 |
| **GREAT LAKES HIGHER ED CORP** <br> POB 7859 <br> MADISON, WI  53707-7859 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~PNC~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6115 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  SEARS | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3081 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number:38  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~AMAZON~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1458 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number:39  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~AMERICAN EAGLE~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0003 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number:40  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~JCP~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8306 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2762 |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1063 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HERITAGE VALLEY MED CNTR++**<br>POB 900<br>BEAVER, PA 15009 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 561.01<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5553 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 111.38<br>COMMENT: NT/SCH*LAST TRANSACTION 7/6/2019 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 603.53<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3184 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O COMMUNITY LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,033.63<br>COMMENT: CL11GOV*$/CL-PL*THRU 7/19*FR LAKEVIEW/FLAGSTAR-DOC 92 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4595 |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 51  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 652.97 <br> COMMENT: NO GEN UNS/SCH*GU BAR TIMELY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0159 |
| **AMERICAN CREDIT ACCEPTANCE** <br> ATTN PAYMENT PROCESSING <br> 961 E MAIN ST <br> SPARTANBURG, SC 29302 | Trustee Claim Number: 52  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/PL*459 X (51 REM+2)=LMT*BGN 4/20*ADR/CR | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 3430 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 53  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** <br> C/O AIS PORTFOLIO SERVICES LP <br> PO BOX 4360 <br> HOUSTON, TX 77210 | Trustee Claim Number: 54  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 23,643.51 <br> COMMENT: NO GEN UNS/SCH*SURR@5 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2789 |