**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Elizabeth Gretchen Lowery, | : | Chapter 13 |
| | : | |
| **Movant** | : | **Bankruptcy No. 19-22660-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 123** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **January 31, 2023 at 1:30 PM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION
## FILED AT DOCKET NO. 123

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on December 30, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 17, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>January 18, 2023</u>

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors