**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ELIZABETH GRETCHEN LOWERY | Case No. 19-22660CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>AMERICAN CREDIT ACCEPTANCE | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS GIVEN.

| | |
|---|---|
| AMERICAN CREDIT ACCEPTANCE<br>ATTN PAYMENT PROCESSING<br>961 E MAIN ST<br>SPARTANBURG, SC 29302 | Court claim# /Trustee CID# 52 |

The Movant further certifies that on 10/24/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| ELIZABETH GRETCHEN LOWERY, 117 3RI AVE, BEAVER FALLS, PA  15010 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |

ORIGINAL CREDITOR:
AMERICAN CREDIT ACCEPTANCE, ATTN PAYMENT PROCESSING, 961 E MAIN ST, SPARTANBURG, SC  29302

NEW CREDITOR: