**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ELIZABETH GRETCHEN LOWERY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>    Movant <br>        vs. <br> No Respondents. | Case No.:19-22660 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/01/2019 and confirmed on 9/30/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 161,602.58 |
| Less Refunds to Debtor | 858.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 160,744.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 22,446.00 | |
|    Trustee Fee | 6,984.89 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 29,430.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 70,118.92 | 0.00 | 70,118.92 |
|     Acct: 3174 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 1,033.63 | 1,033.63 | 0.00 | 1,033.63 |
|     Acct: 3174 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2789 | | | | |
| | | | | 71,152.55 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELIZABETH GRETCHEN LOWERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELIZABETH GRETCHEN LOWERY | 858.45 | 858.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 10,465.00 | 10,465.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0/22 | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 8,880.00 | 8,880.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX6/21 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,335.97 | 3,335.97 | 0.00 | 3,335.97 |
|     Acct: 0159 | | | | |
|   AMERICAN CREDIT ACCEPTANCE | 19,213.73 | 19,213.73 | 0.00 | 19,213.73 |
|     Acct: 3430 | | | | |
| | | | | 22,549.70 |
| **Unsecured** | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5400 | | | | |
|   BRYANT STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6742 | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1518 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2237 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4748 | | | | |
| | BRYANT STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0904 | | | | |
| | FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1466 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9920 | | | | |
| | DISCOVER BANK(*) | 568.78 | 163.01 | 0.00 | 163.01 |
| | Acct: 6518 | | | | |
| | DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7790 | | | | |
| | ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1537 | | | | |
| | US DEPARTMENT OF EDUCATION | 99,819.86 | 28,608.32 | 0.00 | 28,608.32 |
| | Acct: 0159 | | | | |
| | FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5100 | | | | |
| | GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3625 | | | | |
| | GS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3131 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 311.66 | 89.32 | 0.00 | 89.32 |
| | Acct: 8014 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,743.81 | 499.78 | 0.00 | 499.78 |
| | Acct: 3463 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,411.38 | 404.50 | 0.00 | 404.50 |
| | Acct: 5587 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9312 | | | | |
| | MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6889 | | | | |
| | MERRICK BANK | 1,803.98 | 517.02 | 0.00 | 517.02 |
| | Acct: 8563 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1449 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4502 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4501 | | | | |
| | NAVIENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0426 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6085 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9002 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6115 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3081 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1458 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8306 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2762 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1063 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 561.01 | 160.79 | 0.00 | 160.79 |
| Acct: 5553 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 111.38 | 31.92 | 0.00 | 31.92 |
| Acct: 0001 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 603.53 | 172.97 | 0.00 | 172.97 |
| Acct: 3184 | | | | |
|   INTERNAL REVENUE SERVICE* | 652.97 | 187.14 | 0.00 | 187.14 |
| Acct: 0159 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 23,643.51 | 6,776.22 | 0.00 | 6,776.22 |
| Acct: 2789 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2762 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CHRISTOPHER A DENARDO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HERITAGE VALLEY MED CNTR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 37,610.99 |

TOTAL PAID TO CREDITORS                                                                                                           131,313.24

TOTAL CLAIMED
PRIORITY            22,549.70
SECURED              1,033.63
UNSECURED          131,231.87

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ELIZABETH GRETCHEN LOWERY

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:19-22660

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22660-CMB |
| Elizabeth Gretchen Lowery | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Gretchen Lowery, 117 3rd Ave, Beaver Falls, PA 15010-5756 |
| aty | + | Kenneth G Fawcett, Bowers, Ross and Fawcett, LLC, 820 Kennedy Avenue, Ambridge, PA 15003-2310 |
| 15080887 | + | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15080889 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095126 | + | Heritage Valley Medical Center, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15080901 | + | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15080905 | + | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |
| 15086195 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 00:27:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 29 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2024 23:59:00 | Lakeview Loan Servicing, LLC, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 00:16:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095109 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 29 2024 00:00:00 | BARCLAYS BANK DELAWARE, 700 PRIDES XING, Newark, DE 19713-6109 |
| 15080879 | | Email/Text: BNBSB@capitalsvcs.com | Aug 28 2024 23:59:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15080883 | | Email/Text: BNBSB@capitalsvcs.com | Aug 28 2024 23:59:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15080878 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 23:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15080880 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 28 2024 23:59:29 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15080881 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 29 2024 00:27:38 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15088664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 00:40:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15085383 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 29 2024 00:15:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:15:47 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15441433 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 23:59:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15080885 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 00:27:06 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15117459 | | Email/Text: G06041@att.com | Aug 29 2024 00:00:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15085358 | | Email/Text: mrdiscen@discover.com | Aug 28 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15080886 | + | Email/Text: mrdiscen@discover.com | Aug 28 2024 23:59:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095118 | + | Email/Text: Bankruptcy.Consumer@dish.com | Aug 28 2024 23:59:00 | Dish Network, PO Box 94053, Palatine, IL 60094-4053 |
| 15080888 | + | Email/Text: bknotice@ercbpo.com | Aug 29 2024 00:00:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15080884 | | Email/Text: BNSFS@capitalsvcs.com | Aug 28 2024 23:59:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15080890 | | Email/Text: BNSFS@capitalsvcs.com | Aug 28 2024 23:59:00 | First Svg Cc, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15080891 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 29 2024 00:00:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15080892 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 29 2024 00:00:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15080893 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 28 2024 23:59:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15095128 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2024 23:59:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15080894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 00:00:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15106834 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 00:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15080895 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2024 00:27:42 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15095280 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 28 2024 23:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15119584 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 28 2024 23:59:00 | Lakeview Loan Servicing LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15696891 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 23:59:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15080896 | | Email/Text: camanagement@mtb.com | Aug 29 2024 00:00:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15091366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 00:15:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15842129 | | Email/Text: EBN@Mohela.com | Aug 28 2024 23:59:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15080897 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 28 2024 23:59:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15080898 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 28 2024 23:59:00 | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15080899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 00:15:41 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15080900 | + | Email/Text: Bankruptcies@nragroup.com | Aug 29 2024 00:01:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15080902 | + | Email/PDF: pa_dc_claims@navient.com | Aug 29 2024 00:15:45 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15080903 | + | Email/PDF: cbp@omf.com | Aug 29 2024 00:15:21 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15080904 | + | Email/Text: bncnotifications@pheaa.org | Aug 28 2024 23:59:00 | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15518776 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 23:59:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15095143 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 29 2024 00:15:40 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 15080906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:58 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15080907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:14:57 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15080908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:15:04 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15080909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:14:25 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15080910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 00:15:21 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15081273 | ^ | MEBN | Aug 28 2024 23:56:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080911 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:57 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086195 | ^ | MEBN | Aug 28 2024 23:55:16 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15114682 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 00:15:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| 15095110 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095114 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095108 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15095111 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15095112 | *+ | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15095113 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15095116 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

| | | |
|---|---|---|
| 15095117 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095119 | *+ | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15095120 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15095115 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095122 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Svg Cc, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095121 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095123 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15095124 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15095125 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15095129 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15095127 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15095130 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15095131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15095646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15095132 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15095133 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15095134 | *+ | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15095135 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15095136 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15095137 | *+ | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15095138 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15095139 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15095140 | *+ | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15095141 | *+ | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |
| 15095142 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15095144 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15095145 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15095146 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15095147 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15095148 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 1 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

Denise Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
    on behalf of Debtor Elizabeth Gretchen Lowery ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9