**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br>     ELIZABETH GRETCHEN LOWERY <br><br> Debtor(s) | Case No. 19-22660CMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/01/2019.

2) The plan was confirmed on 09/30/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/07/2020, 02/26/2021, 06/22/2021, 08/27/2021, 02/04/2022, 05/27/2022, 02/14/2023, 02/09/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/08/2024.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,916.00.

10) Amount of unsecured claims discharged without full payment: $40,087.34.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $161,602.58 |
| Less amount refunded to debtor | $858.45 |
| **NET RECEIPTS:** | **$160,744.13** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $22,446.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,984.89 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$29,430.89** |
| Attorney fees paid and disclosed by debtor: | $899.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN CREDIT ACCEPTANCE | Priority | NA | NA | 19,213.73 | 19,213.73 | 0.00 |
| BANK OF AMERICA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRYANT STATE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRYANT STATE BANK | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV C | Secured | 24,034.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV C | Unsecured | 0.00 | 23,643.51 | 23,643.51 | 6,776.22 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | NA | 561.01 | 561.01 | 160.79 | 0.00 |
| CAPITAL ONE** | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 2,332.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSC | Unsecured | NA | 603.53 | 603.53 | 172.97 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 568.00 | 568.78 | 568.78 | 163.01 | 0.00 |
| DIVERSIFIED CONSULTANTS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GS BANK USA | Unsecured | 13,062.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 4,000.00 | 3,335.97 | 3,335.97 | 3,335.97 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 652.97 | 652.97 | 187.14 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | 311.66 | 311.66 | 89.32 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 1,743.00 | 1,743.81 | 1,743.81 | 499.78 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/ | Unsecured | 1,411.00 | 1,411.38 | 1,411.38 | 404.50 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 128,107.00 | 125,062.41 | 0.00 | 70,118.92 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 1,033.63 | 1,033.63 | 1,033.63 | 0.00 |
| M & T BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARINER FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCURY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 1,803.00 | 1,803.98 | 1,803.98 | 517.02 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL HOSPITAL COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 99,412.00 | 99,819.86 | 99,819.86 | 28,608.32 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 111.38 | 111.38 | 31.92 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $70,118.92 | $0.00 |
| Mortgage Arrearage | $1,033.63 | $1,033.63 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,033.63** | **$71,152.55** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,549.70 | $22,549.70 | $0.00 |
| **TOTAL PRIORITY:** | **$22,549.70** | **$22,549.70** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$131,231.87** | **$37,610.99** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $29,430.89 |
| Disbursements to Creditors | $131,313.24 |
| **TOTAL DISBURSEMENTS:** | **$160,744.13** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/18/2024                                By: /s/ Ronda J. Winnecour
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**