**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elizabeth Gretchen Lowery | Social Security number or ITIN   xxx–xx–0159 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–22660–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elizabeth Gretchen Lowery

10/16/24

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 19-22660-CMB

Elizabeth Gretchen Lowery                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                        Page 1 of 5
Date Rcvd: Oct 16, 2024                     Form ID: 3180W                     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Gretchen Lowery, 117 3rd Ave, Beaver Falls, PA 15010-5756 |
| aty | + | Kenneth G Fawcett, Bowers, Ross and Fawcett, LLC, 820 Kennedy Avenue, Ambridge, PA 15003-2310 |
| 15080887 | + | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15080889 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095126 | + | Heritage Valley Medical Center, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15080901 | + | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15080905 | + | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 17 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 17 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2024 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 17 2024 03:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2024 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 16 2024 23:55:00 | Lakeview Loan Servicing, LLC, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | + | EDI: PRA.COM | Oct 17 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095109 | + | EDI: TSYS2 | Oct 17 2024 03:45:00 | BARCLAYS BANK DELAWARE, 700 PRIDES XING, Newark, DE 19713-6109 |
| 15080879 | | Email/Text: BNBSB@capitalsvcs.com | Oct 16 2024 23:56:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |

| 15080883 | Email/Text: BNBSB@capitalsvcs.com | | |
| | | Oct 16 2024 23:56:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15080878 | + EDI: BANKAMER | | |
| | | Oct 17 2024 03:45:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15080880 | Email/Text: caineweiner@ebn.phinsolutions.com | | |
| | | Oct 16 2024 23:56:46 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15080881 | + EDI: CAPONEAUTO.COM | | |
| | | Oct 17 2024 03:45:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15088664 | + EDI: AISACG.COM | | |
| | | Oct 17 2024 03:45:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15085383 | EDI: CAPITALONE.COM | | |
| | | Oct 17 2024 03:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080882 | + EDI: CAPITALONE.COM | | |
| | | Oct 17 2024 03:45:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15441433 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 16 2024 23:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15080885 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Oct 16 2024 23:58:22 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15117459 | EDI: DIRECTV.COM | | |
| | | Oct 17 2024 03:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15085358 | EDI: DISCOVER | | |
| | | Oct 17 2024 03:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15080886 | + EDI: DISCOVER | | |
| | | Oct 17 2024 03:45:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095118 | + EDI: DISH | | |
| | | Oct 17 2024 03:45:00 | Dish Network, PO Box 94053, Palatine, IL 60094-4053 |
| 15080888 | + Email/Text: bknotice@ercbpo.com | | |
| | | Oct 16 2024 23:57:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15080884 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Oct 16 2024 23:56:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15080890 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Oct 16 2024 23:56:00 | First Svg Cc, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15080891 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Oct 16 2024 23:57:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15080892 | + EDI: PHINAMERI.COM | | |
| | | Oct 17 2024 03:45:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15080893 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Oct 16 2024 23:56:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15095128 | EDI: IRS.COM | | |
| | | Oct 17 2024 03:45:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15080894 | EDI: JEFFERSONCAP.COM | | |
| | | Oct 17 2024 03:45:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15106834 | EDI: JEFFERSONCAP.COM | | |
| | | Oct 17 2024 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15080895 | EDI: JPMORGANCHASE | | |
| | | Oct 17 2024 03:45:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15095280 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Oct 16 2024 23:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

District/off: 0315-2                         User: auto                              Page 3 of 5
Date Rcvd: Oct 16, 2024                    Form ID: 3180W                        Total Noticed: 62

| | | | |
|---|---|---|---|
| 15119584 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | |
| | | Oct 16 2024 23:56:00 | Lakeview Loan Servicing LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15696891 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Oct 16 2024 23:56:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15080896 | | Email/Text: camanagement@mtb.com | |
| | | Oct 16 2024 23:56:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15091366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Oct 16 2024 23:59:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15842129 | | Email/Text: EBN@Mohela.com | |
| | | Oct 16 2024 23:56:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15080897 | + | Email/Text: bankruptcy@marinerfinance.com | |
| | | Oct 16 2024 23:56:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15080898 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
| | | Oct 16 2024 23:56:00 | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15080899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Oct 16 2024 23:58:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15080900 | + | Email/Text: Bankruptcies@nragroup.com | |
| | | Oct 16 2024 23:57:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15080902 | + | Email/PDF: bankruptcy_prod@navient.com | |
| | | Oct 16 2024 23:58:23 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15080903 | + | EDI: AGFINANCE.COM | |
| | | Oct 17 2024 03:45:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15080904 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Oct 16 2024 23:56:00 | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15518776 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Oct 16 2024 23:56:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15080906 | + | EDI: CITICORP | |
| | | Oct 17 2024 03:45:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15095143 | + | EDI: AISTMBL.COM | |
| | | Oct 17 2024 03:45:00 | Sprint, PO Box 7949, Overland Park, KS 66207-0949 |
| 15080907 | + | EDI: SYNC | |
| | | Oct 17 2024 03:45:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15080908 | + | EDI: SYNC | |
| | | Oct 17 2024 03:45:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15080909 | + | EDI: SYNC | |
| | | Oct 17 2024 03:45:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15080910 | + | EDI: SYNC | |
| | | Oct 17 2024 03:45:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15081273 | ^ | MEBN | |
| | | Oct 16 2024 23:52:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080911 | + | EDI: CITICORP | |
| | | Oct 17 2024 03:45:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086195 | ^ | MEBN | |
| | | Oct 16 2024 23:50:51 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15114682 | | EDI: AIS.COM | |
| | | Oct 17 2024 03:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 57

District/off: 0315-2                            User: auto                                Page 4 of 5
Date Rcvd: Oct 16, 2024                         Form ID: 3180W                            Total Noticed: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| 15095110 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095114 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095108 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15095111 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15095112 | *+ | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15095113 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15095116 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15095117 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095119 | *+ | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15095120 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15095115 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095122 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Svg Cc, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095121 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095123 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15095124 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15095125 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15095129 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15095127 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15095130 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15095131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15095646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15095132 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15095133 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15095134 | *+ | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15095135 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15095136 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15095137 | *+ | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15095138 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15095139 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15095140 | *+ | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15095141 | *+ | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |
| 15095142 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15095144 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15095145 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15095146 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15095147 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15095148 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 1 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: 3180W | Total Noticed: 62 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Chandra Marie Arkema
on behalf of Creditor Lakeview Loan Servicing LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher A. DeNardo
on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com

Christopher A. DeNardo
on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

Denise Carlon
on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
on behalf of Debtor Elizabeth Gretchen Lowery ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9