**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ELIZABETH GRETCHEN LOWERY | Case No.:19-22660 |
| Debtor(s) | |
| | Chapter 13 |
| Ronda J. Winnecour | |
| Movant | Document No.:  148 |
| vs. | |
| No Repondents. | **ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___16th___ day of ___October___, 20 _24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/16/24 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
dmk

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 19-22660-CMB

Elizabeth Gretchen Lowery                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Gretchen Lowery, 117 3rd Ave, Beaver Falls, PA 15010-5756 |
| aty | + | Kenneth G Fawcett, Bowers, Ross and Fawcett, LLC, 820 Kennedy Avenue, Ambridge, PA 15003-2310 |
| 15080887 | + | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15080889 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095126 | + | Heritage Valley Medical Center, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15080901 | + | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15080905 | + | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2024 23:58:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 16 2024 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 16 2024 23:55:00 | Lakeview Loan Servicing, LLC, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2024 23:59:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095109 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 16 2024 23:56:00 | BARCLAYS BANK DELAWARE, 700 PRIDES XING, Newark, DE 19713-6109 |
| 15080879 | | Email/Text: BNBSB@capitalsvcs.com | Oct 16 2024 23:56:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15080883 | | Email/Text: BNBSB@capitalsvcs.com | Oct 16 2024 23:56:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15080878 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 16 2024 23:55:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15080880 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 16 2024 23:56:46 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15080881 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 17 2024 00:09:33 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15088664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2024 23:58:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15085383 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2024 00:09:33 | Capital One Bank (USA), N.A., by American |

|  |  |  |  |
|---|---|---|---|
|  |  |  | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Capital One Bank Usa N, Po Box 30281, Salt Lake |
|  |  | Oct 17 2024 00:09:38 | City, UT 84130-0281 |
| 15441433 | + | Email/Text: nsm_bk_notices@mrcooper.com | Community Loan Servicing, LLC, 4425 Ponce De |
|  |  | Oct 16 2024 23:56:00 | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 15080885 | + | Email/PDF: creditonebknotifications@resurgent.com | Credit One Bank Na, Po Box 98872, Las Vegas, |
|  |  | Oct 16 2024 23:58:27 | NV 89193-8872 |
| 15117459 |  | Email/Text: G06041@att.com | Directv, LLC, by American InfoSource as agent, |
|  |  | Oct 16 2024 23:57:00 | PO Box 5008, Carol Stream, IL 60197-5008 |
| 15085358 |  | Email/Text: mrdiscen@discover.com | Discover Bank, Discover Products Inc, PO Box |
|  |  | Oct 16 2024 23:55:00 | 3025, New Albany, OH 43054-3025 |
| 15080886 | + | Email/Text: mrdiscen@discover.com | Discover Fin Svcs Llc, Po Box 15316, |
|  |  | Oct 16 2024 23:55:00 | Wilmington, DE 19850-5316 |
| 15095118 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dish Network, PO Box 94053, Palatine, IL |
|  |  | Oct 16 2024 23:56:00 | 60094-4053 |
| 15080888 | + | Email/Text: bknotice@ercbpo.com | Enhanced Recovery Co L, Po Box 57547, |
|  |  | Oct 16 2024 23:57:00 | Jacksonville, FL 32241-7547 |
| 15080884 |  | Email/Text: BNSFS@capitalsvcs.com | Ccs/first Savings Bank, 500 East 60th St North, |
|  |  | Oct 16 2024 23:56:00 | Sioux Falls, SD 57104 |
| 15080890 |  | Email/Text: BNSFS@capitalsvcs.com | First Svg Cc, 500 East 60th St North, Sioux Falls, |
|  |  | Oct 16 2024 23:56:00 | SD 57104 |
| 15080891 | + | Email/Text: cashiering-administrationservices@flagstar.com | Flagstar Bank, 5151 Corporate Drive, Troy, MI |
|  |  | Oct 16 2024 23:57:00 | 48098-2639 |
| 15080892 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Gm Financial, Po Box 181145, Arlington, TX |
|  |  | Oct 16 2024 23:56:00 | 76096-1145 |
| 15080893 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Gs Bank Usa, Po Box 45400, Salt Lake City, UT |
|  |  | Oct 16 2024 23:56:00 | 84145-0400 |
| 15095128 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Internal Revenue Service, Insolvency Unit, PO |
|  |  | Oct 16 2024 23:56:00 | Box 628, Pittsburgh, PA 15230 |
| 15080894 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Jefferson Capital Syst, 16 Mcleland Rd, Saint |
|  |  | Oct 16 2024 23:57:00 | Cloud, MN 56303 |
| 15106834 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Jefferson Capital Systems LLC, Po Box 7999, |
|  |  | Oct 16 2024 23:57:00 | Saint Cloud Mn 56302-9617 |
| 15080895 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Jpmcb Card, Po Box 15369, Wilmington, DE |
|  |  | Oct 16 2024 23:58:52 | 19850 |
| 15095280 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |
|  |  | Oct 16 2024 23:56:00 | USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15119584 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Lakeview Loan Servicing LLC, c/o Flagstar Bank, |
|  |  | Oct 16 2024 23:56:00 | 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15696891 | + | Email/Text: nsm_bk_notices@mrcooper.com | Lakeview Loan Servicing, LLC, c/o Rushmore |
|  |  | Oct 16 2024 23:56:00 | Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15080896 |  | Email/Text: camanagement@mtb.com | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY |
|  |  | Oct 16 2024 23:56:00 | 14203 |
| 15091366 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | MERRICK BANK, Resurgent Capital Services, |
|  |  | Oct 16 2024 23:59:14 | PO Box 10368, Greenville, SC 29603-0368 |
| 15842129 |  | Email/Text: EBN@Mohela.com | US Department of Education/MOHELA, 633 |
|  |  | Oct 16 2024 23:56:00 | Spirit Dr., Chesterfield, MO 63005 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 60

| 15080897 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 16 2024 23:56:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
|---|---|---|---|---|
| 15080898 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2024 23:56:00 | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15080899 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2024 00:09:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15080900 | + | Email/Text: Bankruptcies@nragroup.com | Oct 16 2024 23:57:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15080902 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 16 2024 23:59:15 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15080903 | + | Email/PDF: cbp@omf.com | Oct 16 2024 23:59:14 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15080904 | + | Email/Text: bncnotifications@pheaa.org | Oct 16 2024 23:56:00 | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15518776 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2024 23:56:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15080906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2024 00:09:57 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15095143 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 16 2024 23:58:53 | Sprint, PO Box 7949, Overland Park, KS 66207-0949 |
| 15080907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2024 23:58:51 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15080908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2024 23:58:17 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15080909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 00:09:54 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15080910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2024 23:58:49 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15081273 | ^ | MEBN | Oct 16 2024 23:52:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080911 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2024 00:09:38 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086195 | ^ | MEBN | Oct 16 2024 23:50:52 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15114682 | | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2024 00:09:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| 15095110 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095114 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 15095108 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15095111 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15095112 | *+ | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 15095113 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 60

| | | |
|---|---|---|
| 15095116 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15095117 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095119 | *+ | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15095120 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15095115 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095122 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Svg Co, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15095121 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15095123 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15095124 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15095125 | *+ | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15095129 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15095127 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15095130 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15095131 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15095646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15095132 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15095133 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15095134 | *+ | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15095135 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15095136 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15095137 | *+ | Natl Hosp Collections, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15095138 | *+ | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 15095139 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15095140 | *+ | Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15095141 | *+ | Pnc Bank/glelsi, P.o. Box 7860, Madison, WI 53707-7860 |
| 15095142 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15095144 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15095145 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15095146 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15095147 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15095148 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 1 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Chandra Marie Arkema

on behalf of Creditor Lakeview Loan Servicing LLC tuhawkeye@msn.com, carkema@squirelaw.com

Christopher A. DeNardo
                        on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Christopher A. DeNardo
                        on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Denise Carlon
                        on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
                        on behalf of Debtor Elizabeth Gretchen Lowery ecf@westernpabankruptcy.com
                        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Roger Fay
                        on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 9