**Fill in this information to identify the case:**

**Debtor 1**  Elizabeth Gretchen Lowery

**Debtor 2**  _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Western District of Pennsylvania
(State)

**Case number** 19-22660-CMB

## Official Form 410S1
# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See bankruptcy rule 3002.1

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 11-1

**Last four digits** of any number you use to identify the debtor's account: 7627

**Date of payment change:** 01/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,117.22
Principal, interest, and escrow, if any

---

### Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $492.29          **New escrow payment:** $513.52

### Part 2:  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current Interest Rate:** _____%          **New interest rate:** _____%

**Current principal and interest payment:** $          **New principal and interest payment:** $

### Part 3:  Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: _____

**Current mortgage payment:** $$_____          **New mortgage payment:** $_____

---

Debtor 1  Elizabeth Gretchen Lowery                                              Case Number *(if known)*  19-22660-CMB
          First Name    Middle Name    Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Chandra M. Arkema                                    Date  12/08/2020
   Signature

Print:      Chandra M. Arkema           Bar No.: 203437      Title  Bankruptcy Attorney
            First name    Middle Name    Last name

Company     RICHARD M. SQUIRE & ASSOCIATES, LLC

Address     115 West Avenue, Suite 104,
            Number        Street

            Jenkintown, PA 19046
            City        State    Zip Code

Contact phone   (215) 886-8790   Email:  carkema@squirelaw.com