# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: Elizabeth Gretchen Lowery | Chapter: 13 |
|---|---|
|  | Bankruptcy No.: 19-22660-CMB |
| Debtor | 11 U.S.C. § 362 |

Lakeview Loan Servicing, LLC

                Movant

vs.

Elizabeth Gretchen Lowery

                Debtor

and

Ronda J. Winnecour, Esquire

                Trustee

             RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Mortgage Payment Change electronically and/or via First Class Mail, postage prepaid.

Date Served: December 8, 2020

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee - Pittsburgh
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Elizabeth Gretchen Lowery
117 3rd Ave
Beaver Falls, PA 15010

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

    I hereby certify the foregoing to be true and correct under penalty of perjury.

                Respectfully submitted,

                /s/ Chandra M. Arkema
                Richard M. Squire, Esq. (PA I.D. # 04267)
                M. Troy Freedman, Esq. (PA I.D. # 85165)
                Chandra M. Arkema, Esq. (PA I.D. # 203437)
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                carkema@squirelaw.com